👉 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :
                                  :   NOTICE OF INTENT
          v.                      :   TO FILE AN INFORMATION
                                  :
EDUARDO CARNAVELINI,              :   **07 CRIM. 294**
                                  :
                    Defendant.    :   **JUDGE SCHEINDLIN**
------------------------------------x

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 5, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Steve C. Lee
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                         By:  _____
                              Mark Gombiner, Esq.
                              Attorney for Eduardo Carnavelini

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/07

4/9/07  WHEEL A

TOTAL P.02