UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                  :     INFORMATION
        - v. -                    :
                                  :     07 Cr. ____
EDUARDO CARNAVELINI,              :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - - x

**JUDGE SCHEINDLIN**

**07 CRM. 294**

COUNT ONE

The Grand Jury charges:

On or about February 1, 2007, in the Southern District of New York and elsewhere, EDUARDO CARNAVELINI, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and knowingly convert to his own use and the use of another, a record, voucher, money, and thing of value exceeding $1,000 of the United States and of a department and agency thereof, to wit, the United States Drug Enforcement Administration (the "DEA"), and did receive, conceal and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined, and converted, to wit, CARNAVELINI stole approximately $8,000 from a confidential informant working for the DEA.

(Title 18, United States Code, Section 641.)

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

EDUARDO CARNAVELINI,

Defendant.

---

**INFORMATION**

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

---

April 13, 2007 (LS)
Filed Waiver of Indictment and Information
Filed Consent to proceed before a USMJ on a felony
plea allocution. Deft pres w/atty: Mark Gombiner.
AUSA: Steve Lee, Spanish Interp & Court Rptr present
Deft pleads guilty as charged. Mag. Judge Freeman
recommends that the proffered plea allocution
to the one count information be accepted by Judge
Scheindlin. PSI Ordered. Sentence set for July
2007 at     . Bail set: