UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CRIM 294

- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
        - v. -                  :       07 Cr.
                                :
EDUARDO CARNAVELINI             :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 641 [2252A struck through], being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
EDUARDO CARNAVELINI
Defendant

_____
Witness

_____
Mark Gombiner, Esq.
Counsel for Defendant

Date:  New York, New York
       April 13, 2007



0202